STATE OF CONNECTICUT *v.* ANGELA CHAPNICK

*Benjamin M. Chapnick,* in support of the petition.

*Milton A. Fishman,* in opposition.

Submitted April 21—decided May 2, 1972

STATE OF CONNECTICUT *v.* RANDALL CHAPNICK

The petition by the defendant for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Benjamin M. Chapnick,* in support of the petition.

*Milton A. Fishman,* in opposition.

Submitted April 21—decided May 2, 1972

VIVIEN KELLEMS ET AL. *v.* F. GEORGE BROWN, TAX COMMISSIONER, ET AL.

The petition by George G. Vest for leave to file a brief, to be joined in by Dorrance Sexton, Jr., and to argue before this court as amicus curiae in the reservation from the Superior Court in Hartford County is granted to the extent that permission is given to file a brief.

*George G. Vest,* in support of the petition.